JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Integrated Sports Media, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Integrated Sports Media, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Rafael Chavez, et al., <br><br> Defendant. | Case No. 2:09-cv-5407 AHM (SSx) <br><br> JUDGMENT (Proposed) |

Default having been entered in this action on October 7, 2009, and the application for and declarations in support of default judgment has been filed on or about October 28, 2009, and having been served on the Defendant and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///
///

IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered against Defendant Rafael Chavez individually and d/b/a 7 Mares Restaurant and in favor of Integrated Sports Media, Inc., as follows:

a. Actual damages in the amount of $975.00 for the conversion of the Plaintiff's *Program*, plus

b. Statutory damages (pursuant to 47 U.S.C. 605 (e)(3)(B)(iii)) in the amount of $10,000.00 for the unlawful exhibition of Plaintiff's *Program*, plus

c. $10,000.00 in statutory damages (pursuant to 47 U.S.C. 605 (c)(ii)) based of finding of willfulness for the unlawful commercial exhibition of Plaintiff's *Program*.

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $20,975.00, along with costs in an amount to be determined by the Court and claimed by the Plaintiff on a Costs Bill to be filed within thirty (30) days from the date of this order.

IT IS SO ORDERED:

_____  Dated: 12/16/09
**THE HONORABLE A. HOWARD MATZ**
**United States District Court**
**Central District of California**

///
///
///
///